**FILED**
February 17, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )     Case No. 2:17MJ00032-AC-1
        Plaintiff,        )
v.                        )     ORDER FOR RELEASE OF
                          )     PERSON IN CUSTODY
KEVIN MARCUS LAMB,        )
                          )
        Defendant.        )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __KEVIN MARCUS LAMB__, Case No. __2:17MJ00032-AC-1__, Charge __21USC § 841(a)(1)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __     Release on Personal Recognizance

    __     Bail Posted in the Sum of $__

    ✔     Unsecured Appearance Bond $50,000.00

    __     Appearance Bond with 10% Deposit

    __     Appearance Bond with Surety

    __     Corporate Surety Bail Bond

    ✔     (Other) __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

***The Defendant's release is delayed until 2/21/2017 at 9:00 a.m.***

Issued at __Sacramento, CA__ on __February 17, 2017__ at __2:39 pm__.

By    /s/ Deborah Barnes
Deborah Barnes, United States Magistrate Judge

Copy 2 - Court