KELLY BABINEAU (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for KEVIN LAMB

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> KEVIN LAMB, <br> Defendant. | No. 17-CR-00038KJM <br><br> STIPULATION REGARDING PRETRIAL RELEASE SUPERVISION; [~~PROPOSED~~] FINDINGS AND ORDER <br><br> Judge: Hon. Kimberly J. Mueller |

## STIPULATION

Upon recommendation of Pretrial Services and consent of the government, it is hereby stipulated that pretrial release conditions be modified to remove the home detention condition and replace it with a curfew condition. The following modification is proposed:

1. Release Condition #12 be removed. It states: "**HOME DETENTION:** You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health

-1-

treatment; attorney visits; court appearances; court ordered obligations; or other activities pre-approved by the pretrial services officer"

2. A new condition be added. It should state: "**CURFEW CONDITION**: You must remain inside your residence every day from 8:00 p.m. to 8:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations."

All other conditions of pretrial release are to remain in force and effect.

IT IS SO STIPULATED.

Dated:  May 22, 2017               Respectfully submitted,

                                   /s/ Kelly Babineau
                                   KELLY BABINEAU
                                   Attorney for Kevin Lamb

Dated: May 22, 2017                /s/ Owen Roth
                                   Kelly Babineau for:
                                   OWEN ROTH
                                   Assistant U.S. Attorney

Dated: May 22, 2017                /s/ Darryl Walker
                                   Kelly Babineau for:
                                   DARRYL WALKER
                                   U.S. Pretrial Services Officer

# O R D E R

IT IS SO FOUND AND ORDERED this 23rd day of May, 2017.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE