UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 6, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00038-KJM |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| KEVIN MARCUS LAMB | |
| Defendant. | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release KEVIN MARCUS LAMB Case No. 2:17-cr-00038-KJM Charge 21 USC § 841(a)(1) from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $

X Unsecured Appearance Bond $ 50,000 only co-signed by Vivian Davis and Nico Jennings

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

X (Other): Pretrial Release conditions as stated on the record in open court and as previously imposed.

Issued at Sacramento, California on February 6, 2018 at 2:00 PM

By: _____
Magistrate Judge Kendall J. Newman