KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for KEVIN LAMB

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | ) No. 17-CR-00038KJM |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION REGARDING |
| | ) PRETRIAL RELEASE |
| v. | ) SUPERVISION; |
| | ) [PROPOSED] FINDINGS AND |
| | ) ORDER |
| KEVIN LAMB | ) |
| | ) |
| Defendants. | ) |
| _____ | ) Judge: Hon. Deborah Barnes |

**STIPULATION**

Upon recommendation of Pretrial Services and consent of the government, it is hereby stipulated that the pretrial release conditions be modified to suspend the electronic monitoring condition on April 4, 2018 and reinstated on April 6, 2018. This modification is being requested because Mr. Lamb is relocating to Arizona to live with his mother. Mr. Lamb plans to leave for Arizona after court on April 4, 2018, arriving in Peoria, Arizona no later than April 6, 2018. The electronic monitoring equipment will be removed from Mr. Lamb's person in Sacramento by Pretrial Services to allow him to

travel to Arizona with his mother, Nico Jennings. Upon his arrival in Arizona, Pretrial Services in Phoenix will install their electronic monitoring equipment on Mr. Lamb on April 6, 2018. The following modification is proposed:

1. Add Release Condition 16, which states: The location monitoring program will be suspended between April 4, 2018 and April 6, 2018, while Mr. Lamb relocates to Peoria, Arizona. Mr. Lamb is to report to Pretrial Services in Phoenix, Arizona on April 6, 2018, so that the location monitoring equipment may be installed in his home and on his ankle.

All other conditions of pretrial release are to remain in force and effect.

IT IS SO STIPULATED.

Dated: March 15, 2018          Respectfully submitted,

                                          /s/ Kelly Babineau  
                                          KELLY BABINEAU  
                                          Attorney for Kevin Lamb

Dated: March 15, 2018          /s/ Owen Roth  
                                          Kelly Babineau for:  
                                          OWEN ROTH  
                                          Assistant U.S. Attorney

Dated: March 15, 2018              /s/ Darryl Walker  
                                          Kelly Babineau for:  
                                          DARRYL WALKER  
                                          U.S. Pretrial Release Officer

**O R D E R**

IT IS SO FOUND AND ORDERED:

Dated: March 16, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE