KELLY BABINEAU (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for KEVIN LAMB

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 17-CR-00038KJM |
| Plaintiff, ) | |
| ) | STIPULATION REGARDING |
| ) | PRETRIAL RELEASE |
| v. ) | SUPERVISION; |
| ) | FINDINGS AND |
| ) | ORDER |
| KEVIN LAMB ) | |
| ) | |
| Defendants. ) | |
| _____) | Judge: Hon. Kendall J. Newman |

**STIPULATION**

Upon recommendation of Pretrial Services and consent of the government, it is hereby stipulated that the pretrial release conditions be modified to suspend the electronic monitoring condition on June 25, 2018 and reinstated on June 27, 2018. This modification is being requested because Mr. Lamb is relocating from Arizona to California. Mr. Lamb plans to leave for Arizona on June 25th, arriving in Sacramento, California, no later than June 26, 2018, 2018. The electronic monitoring equipment will be removed from Mr. Lamb's person in Arizona by Pretrial Services to allow him to travel to California. Upon

-1-

his arrival in Arizona, Pretrial Services in Sacramento will install their electronic monitoring equipment on Mr. Lamb on June 27, 2018. The following modification is proposed:

1. Add Release Condition 16, which states: The location monitoring program will be suspended between June 25, 2018 and June 27, 2018, while Mr. Lamb relocates to Sacramento, California. Mr. Lamb is to report to Pretrial Services in Sacramento, California on June 27, 2018, so that the location monitoring equipment may be installed in his home and on his ankle.

All other conditions of pretrial release are to remain in force and effect.

IT IS SO STIPULATED.

Dated: June 22, 2018                    Respectfully submitted,


                                        /s/ Kelly Babineau
                                        KELLY BABINEAU
                                        Attorney for Kevin Lamb


Dated: June 22, 2018                    /s/ Owen Roth
                                        Kelly Babineau for:
                                        OWEN ROTH
                                        Assistant U.S. Attorney


Dated: June 22, 2018                    /s/ Darryl Walker
                                        Kelly Babineau for:
                                        DARRYL WALKER
                                        U.S. Pretrial Release Officer

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: June 22, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE