KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for KEVIN LAMB

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 17-CR-00038KJM |
| Plaintiff, | ) |
| | ) STIPULATION REGARDING |
| | ) PRETRIAL RELEASE |
| v. | ) SUPERVISION; |
| | ) [PROPOSED] FINDINGS AND |
| | ) ORDER |
| KEVIN LAMB | ) |
| | ) |
| Defendants. | ) |
| _____ | ) Judge: Hon. Allison Claire |

## STIPULATION

Upon recommendation of Pretrial Services and consent of the government, it is hereby stipulated that the pretrial release conditions be modified to remove the electronic monitoring condition. Mr. Lamb has been on electronic monitoring for over a year with no real violations.[1]  All other conditions of pretrial release are to remain in force and effect.

---

[1] There have been two minor issues that were deemed unintentional. One violation occurred due to a flat tire, and the other occurred when Mr. Lamb stepped onto his porch to smoke a cigarette.

-1-

IT IS SO STIPULATED.

Dated: July 20, 2018                    Respectfully submitted,


                                        /s/ Kelly Babineau
                                        KELLY BABINEAU
                                        Attorney for Kevin Lamb


Dated: July 20, 2018                    /s/ Cameron Desmond
                                        Kelly Babineau for:
                                        CAMERON DESMOND
                                        Assistant U.S. Attorney


Dated: July 20, 2018                    /s/ Darryl Walker
                                        Kelly Babineau for:
                                        DARRYL WALKER
                                        U.S. Pretrial Release Officer


# **O R D E R**

IT IS SO FOUND AND ORDERED this 23rd day of July, 2018.


_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE