HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
KEVIN MARCUS LAMB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN MARCUS LAMB,<br><br>Defendant. | Case No. 2:17-CR-0038 KJM<br><br>**STIPULATION AND ORDER (~~PROPOSED~~) MODIFYING RELEASE CONDITIONS**<br><br>JUDGE: Hon. Allison Claire |

IT IS HEREBY STIPULATED by plaintiff, United States of America, and defendant, Kevin Marcus Lamb, that the special conditions of pretrial release ordered on February 17, 2017 (doc. 6) may be modified to substitute the following condition in place of existing special condition 8:

> 8. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used.

Pretrial Services Officer Daryl Walker contacted the parties and recommended this modification

in light of Mr. Lamb's successful compliance with alcohol testing existing since his release. The parties agree the change may be made.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: May 10, 2019  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for Kevin Lamb

McGREGOR SCOTT
United States Attorney

Dated: May 10, 2019  /s/ T. Zindel for C. Desmond
CAMERON DESMOND
Assistant U.S. Attorney
Attorney for Plaintiff

# O R D E R

Special condition 8 of pretrial release is modified as set forth above.

IT IS SO ORDERED.

Dated: May 10, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

*U.S. v. Lamb,* 2:17-CR-0038 KJM