HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
KEVIN MARCUS LAMB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN MARCUS LAMB,<br><br>Defendant. | Case No. 2:17-CR-0038 KJM<br><br>**STIPULATION AND ORDER MODIFYING RELEASE CONDITIONS**<br><br>JUDGE: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED by plaintiff, United States of America, and defendant, Kevin Marcus Lamb, that the special conditions of pretrial release ordered on February 17, 2017 (doc. 6) and modified on May 13, 2019 (doc. 66) may be modified to delete special condition 9 requiring drug and alcohol testing.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Pretrial Services Officer Daryl Walker contacted the parties on June 26, 2019, and recommended this modification in light of Mr. Lamb's submission of negative drug tests for 28 months, believing that "further drug testing is unnecessary."

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: June 27, 2019  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for Kevin Lamb

McGREGOR SCOTT
United States Attorney

Dated: June 27, 2019  /s/ T. Zindel for C. Desmond
CAMERON DESMOND
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Special condition 9 of pretrial release requiring drug testing is deleted.

IT IS SO ORDERED.

Dated: June 27, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE